

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2018

No. 04-18-00908-CR

Jakroi Allen **BANKS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0571
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Appellant, Jakroi Allen Banks, entered into a plea bargain with the State, and pled guilty to aggravated kidnapping. The trial court subsequently imposed sentence in accordance with the agreement and signed a certificate stating this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). Banks timely filed a notice of appeal. The clerk's record, which includes the trial court's rule 25.2(a)(2) certification and a written plea bargain agreement, has been filed. *See* Tex. R. App. P. 25.2(d). This court must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." *Id.*

Banks is given notice that this appeal will be dismissed pursuant to rule 25.2(d) of the Texas Rules of Appellate Procedure unless an amended certification showing that Banks has the right to appeal is made part of the appellate record by December 27, 2018, or Banks responds to this order by that date, establishing the trial court's certification is defective.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2018.



Keith E. Hottle
Clerk of Court